UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MFS FUND DISTRIBUTORS, INC., <br> MFS SERIES TRUST II, on behalf of its series <br>    MFS EMERGING GROWTH FUND, <br> MFS SERIES TRUST V, on behalf of its series <br>    MFS RESEARCH FUND, <br> MASSACHUSETTS INVESTORS TRUST, <br> MASSACHUSETTS INVESTORS GROWTH <br> STOCK FUND, and MASSACHUSETTS <br> FINANCIAL SERVICES COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> KAPLAN & CO. SECURITIES, INC. <br><br> Defendant. | Civil Action <br><br> 05-11520 EFH |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, plaintiffs MFS Fund Distributors, Inc.; MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund; MFS Series Trust V, on behalf of its series MFS Research Fund; Massachusetts Investors Trust; Massachusetts Investors Growth Stock Fund; and Massachusetts Financial Services Company submit the following Corporate Disclosure Statement:

1. Plaintiff Massachusetts Financial Services Company is the parent company of plaintiff MFS Fund Distributors, Inc.

2. Sun Life of Canada (U.S.) Financial Services Holdings, Inc. is the parent corporation of plaintiff Massachusetts Financial Services Company. Sun Life of Canada (U.S.)

Financial Services Holdings, Inc. is a wholly-owned indirect subsidiary of Sun Life Financial, Inc., which is publicly held.

3. No other plaintiff has a parent corporation or any publicly-held company that owns 10% or more of its stock.

Dated: July 19, 2005

Respectfully submitted,

_____
Anita B. Bapooji (BBO# 644657)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

William F. Sheehan
Michael K. Isenman
Tamra T. Moore
Goodwin | Procter LLP
901 New York Avenue NW
Washington, DC 20001
(202) 346-4000
(202) 346-4444 (fax)

**Counsel For All Plaintiffs**

John Donovan (BBO# 130950)
Jane Willis (BBO# 568024)
Carisa Klemeyer (BBO# 655045)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7603
(617) 951-7050 (fax)

**Counsel For MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research Fund, Massachusetts Investors Trust, and Massachusetts Investors Growth Stock Fund**