**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------x

MFS FUND DISTRIBUTORS, INC.,                :
MFS SERIES TRUST II, on behalf of its series    :
      MFS EMERGING GROWTH FUND,    :
MFS SERIES TRUST V, on behalf of its series    :
      MFS RESEARCH FUND,    :
MASSACHUSETTS INVESTORS TRUST,    :
MASSACHUSETTS INVESTORS GROWTH    :
STOCK FUND, and MASSACHUSETTS    :
FINANCIAL SERVICES COMPANY,    :
    :
                Plaintiffs,    :
    :
      v.    :
    :    CIVIL ACTION NO.
KAPLAN & CO. SECURITIES, INC.    :
    :    05-11520-EFH
                Defendant.    :
    :

----------------------------------------------------------------------x

## NOTICE OF APPEARANCE

       Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of

Carisa A. Klemeyer, on behalf of defendants MFS Series Trust II, on behalf of its series

MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research

Fund, Massachusetts Investors Trust, and Massachusetts Investors Growth Stock Fund in

the matter captioned above.  I am registered to receive filing electronically.

                Respectfully submitted,


                _____s/Carisa A. Klemeyer_____
                Carisa A. Klemeyer (BBO# 655045)
                Ropes & Gray LLP
                One International Place
                Boston, MA 02110
                (617) 951-7000

July 25, 2005

9777323_1