**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
| | : |
|---|---|
| MFS FUND DISTRIBUTORS, INC., | : |
| MFS SERIES TRUST II, on behalf of its series | : |
|     MFS EMERGING GROWTH FUND, | : |
| MFS SERIES TRUST V, on behalf of its series | : |
|     MFS RESEARCH FUND, | : |
| MASSACHUSETTS INVESTORS TRUST, | : |
| MASSACHUSETTS INVESTORS GROWTH | : |
| STOCK FUND, and MASSACHUSETTS | : |
| FINANCIAL SERVICES COMPANY, | : |
| | : |
|                    Plaintiffs, | : |
| | : |
|    v. | : |
| | : CIVIL ACTION NO. |
| KAPLAN & CO. SECURITIES, INC. | : |
| | : 05-11520-EFH |
|                    Defendant. | : |
| | : |

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Jane E. Willis, on behalf of defendants MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, MFS Series Trust V, on behalf of its series MFS Research Fund, Massachusetts Investors Trust, and Massachusetts Investors Growth Stock Fund in the matter captioned above. I am registered to receive filing electronically.

                                        Respectfully submitted,

                                        _____s/Jane E. Willis_____
                                        Jane E. Willis (BBO# 568024)
                                        Ropes & Gray LLP
                                        One International Place
                                        Boston, MA 02110
                                        (617) 951-7000

July 25, 2005

9779325_1