UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MFS FUND DISTRIBUTORS, INC.,<br>MFS SERIES TRUST II, on behalf of its series<br>MFS EMERGING GROWTH FUND,<br>MFS SERIES TRUST V, on behalf of its series<br>MFS RESEARCH FUND<br>MASSACHUSETTS INVESTORS TRUST,<br>MASSACHUSETTS INVESTORS GROWTH<br>STOCK FUND, and MASSACHUSETTS<br>FINANCIAL SERVICES COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | Civil Action |
| | ) | No. 05 – 11520 EFH |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KAPLAN & CO. SECURITIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **<u>STIPULATION</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for Plaintiffs and Defendant that Defendant's time to answer or otherwise respond to

the Plaintiff's Complaint dated July 19, 2005 is extended until October 22, 2005.


Dated: September <u>16</u>, 2005                    DICKSTEIN SHAPIRO MORIN &
                                                                          OSHINSKY LLP

                                                                          By:  /s/ Leslie R. Cohen
                                                                                  Leslie R. Cohen (BBO# 432380)
                                                                                  2101 L Street NW
                                                                                  Washington, DC 20037-1526
                                                                                  Tel: (202) 785-9700
                                                                                  Fax: (202) 887-0689
                                                                                  Attorneys for the Defendant

Dated: September 16, 2005        GOODWIN PROCTER LLP

By:    /s/ Anita B. Bapooji               
          Anita B. Bapooji (BBO# 644657)
          Goodwin | Procter LLP
          Exchange Place
          53 State Street
          Boston, MA  02109
          (617) 570-1000
          (617) 523-1231 (fax)
          Attorneys for the Plaintiff