UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MFS FUND DISTRIBUTORS, INC.,<br>MFS SERIES TRUST II, on behalf of its series<br>    MFS EMERGING GROWTH FUND,<br>MFS SERIES TRUST V, on behalf of its series<br>    MFS RESEARCH FUND<br>MASSACHUSETTS INVESTORS TRUST,<br>MASSACHUSETTS INVESTORS GROWTH<br>STOCK FUND, and MASSACHUSETTS<br>FINANCIAL SERVICES COMPANY<br><br>                    Plaintiffs,<br><br>            v.<br><br>KAPLAN & CO. SECURITIES, INC.<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action<br><br>    No. 05 – 11520 EFH |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys for Plaintiffs and Defendant that Defendant's time to answer or otherwise respond to

the Plaintiff's Complaint dated July 19, 2005 is hereby further extended to December 6, 2005.


Dated: October <u>20</u>, 2005                    DICKSTEIN SHAPIRO MORIN &
                                                                     OSHINSKY LLP

                                                        By:  /s/ Leslie R. Cohen_____
                                                               Leslie R. Cohen (BBO# 432380)
                                                               2101 L Street NW
                                                               Washington, DC 20037-1526
                                                               Tel: (202) 785-9700
                                                               Fax: (202) 887-0689
                                                               Attorneys for the Defendant

Dated: October <u>20</u>, 2005                GOODWIN PROCTER LLP

By:   <u>/s/ Anita B. Bapooji            </u>
Anita B. Bapooji (BBO# 644657)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-1000
(617) 523-1231 (fax)
Attorneys for the Plaintiff