UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MFS FUND DISTRIBUTORS, INC., <u>et al</u>. )<br><br>Plaintiffs, )<br><br>v. )<br><br>KAPLAN & CO. SECURITIES, INC. )<br><br>Defendant. ) | Civil Action No. 05 – 11520 EFH |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of

Leslie R. Cohen, on behalf of defendant Kaplan & Co. Securities, Inc. in the above captioned

matter.  I am registered to receive filing electronically.

Dated:  November 8, 2005                                       Respectfully submitted,


                                                                                /s/ Leslie R. Cohen_____
                                                                                Leslie R. Cohen (BBO# 432380)
                                                                                Dickstein Shapiro Morin & Oshinsky LLP
                                                                                2101 L Street NW
                                                                                Washington, DC 20037-1526
                                                                                Tel: (202) 785-9700
                                                                                Fax: (202) 887-0689
                                                                                Attorneys for Defendant