UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MFS FUND DISTRIBUTORS, INC., <br> MFS SERIES TRUST II, on behalf of its series <br>    MFS EMERGING GROWTH FUND, <br> MFS SERIES TRUST V, on behalf of its series <br>    MFS RESEARCH FUND, <br> MASSACHUSETTS INVESTORS TRUST, <br> MASSACHUSETTS INVESTORS GROWTH <br> STOCK FUND, and MASSACHUSETTS <br> FINANCIAL SERVICES COMPANY, <br><br>    Plaintiffs, <br> vs <br><br> KAPLAN & CO. SECURITIES, INC., <br><br>    Defendant. | Civil Action No.: 05-11520 EFH |

## MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE

Pursuant to Local R. Civ. P. 85.5.2(c), the undersigned counsel and the law firm of Greenberg Traurig, P.A. (collectively "Greenberg Traurig") hereby seek leave of the Court to withdraw as counsel of record for Defendant, Kaplan & Co. Securities, Inc. ("Kaplan") in the above-captioned matter. In connection therewith, Greenberg Traurig states as follows:

1. Greenberg Traurig is counsel of record for Kaplan in connection with the above-captioned matter.

2. Leslie R. Cohen and the firm Dickstein, Shapiro, Morin & Oshinsky LLP have also entered an appearance for Kaplan.

3. Kaplan has requested that Greenberg Traurig withdraw its appearance in this matter. Leslie R. Cohen and the firm Dickstein, Shapiro, Morin & Oshinsky LLP will continue to represent Kaplan in this matter.

4.  The litigation is in its beginning stages. A scheduling conference has been set for December 14, 2005.

5.  There are no motions pending, no hearings scheduled and no trial date has been established.

6.  Upon information and belief, Greenberg Traurig's withdrawal will not delay this litigation on prejudice any party to it.

WHEREFORE, for the foregoing reasons, Stephen A. Mendelsohn, Esq. and Greenberg Traurig, P.A. hereby seek leave of the Court to withdraw as counsel of record for Defendant, Kaplan & Co. Securities, Inc.

> Kaplan & Co. Securities, Inc.,
> By their Attorneys,
>
> **GREENBERG TRAURIG, P.A.**
>
> By: _____
> Stephen A. Mendelsohn
> Fla. Bar No. 849324
> 5100 Town Center Circle, Suite 400
> Boca Raton, Florida 33486
> Tel: (561) 955-7600/Fax: (561) 338-7099

DATE: November 10, 2005

### CERTIFICATE OF SERVICE

I, Stephen A. Mendelsohn, counsel for the Kaplan & Co. Securities, Inc., hereby certifies that the *Notice of Withdrawal of Appearance*, was served upon all counsel on the attached service list by first class mail on November 10, 2005.

_____
Stephen A. Mendelsohn

## SERVICE LIST

**Counsel for All Plaintiffs**

Anita B. Bapooji, Esq.
Goodwin/Procter, LLP
Exchange Place
53 State Place
Boston, MA 02109

William F. Sheehan, Esq.
Michael K. Isenman, Esq.
Tamra T. Moore, Esq.
Goodwin/Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Counsel for MFS Series Trust II,
On behalf if its series MFS Emerging
Growth Fund, MFS Series Trust V,
On behalf of its series MFS Research
Fund, Massachusetts Investors Trust,
And Massachusetts Investors Growth Stock Fund**

John Donovan, Esq.
Jane Willis, Esq.
Carisa Klemeyer, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02110

Michael J. Sullivan, Esq.
Mark J. Grady, Esq.
United States Attorney
One Courthouse Way, Suite 9200
Boston Massachusetts 02110

Jeffrey A. Newman, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109-1024

Peter Clark, Esq.
Assistant Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108

Ira Sorkin, Esq.
Stuart J. Van Leenan
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036

Kaplan & Co. Securities, Inc.
150 E. Palmetto Park Road
Suite 450
Boca Raton, FL  33432


BOC-FS1\397436v01\61824.011100