UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MFS FUND DISTRIBUTORS, INC., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KAPLAN & CO. SECURITIES, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05 – 11520 EFH |

**JOINT MOTION TO STAY PROCEEDINGS,
STIPULATION AND ORDER**

Plaintiffs MFS Fund Distributors, Inc., Massachusetts Financial Services Company, MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, Massachusetts Investors Trust, and Massachusetts Financial Services Company (collectively "MFS Funds" or "Plaintiffs") and defendant Kaplan & Co. Securities, Inc. ("Kaplan" or "Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, jointly move to stay all proceedings in this action pending a determination by the Judicial Panel on Multidistrict Litigation (the "Panel") respecting whether to transfer this case to the United States District Court for the District of Maryland ("MDL Court") for coordination with an existing mutual fund "market timing" multidistrict litigation. *See In re Mutual Fund Investment Litigation*, Order, Docket No. 1586 (Panel Feb. 20, 2004).

In support of their motion, the Parties hereby stipulate as follows:

WHEREAS, Plaintiffs' Complaint in this case is based on allegations of "market timing" and "late trading" that are virtually identical to the cases that have been consolidated in the MDL Court; and

WHEREAS, the Defendant, by letter dated November 30, 2005, has notified the Panel of the "tag along" action pending in this Court and requested transfer of this action to the MDL Court because it arises out of the same factual allegations and underlying transactions as those asserted in the MDL Court (See Exhibit A);

WHEREAS, a stay of this action pending a determination of the Panel as to whether to transfer the case to the MDL Court would save the Parties and this Court from expending unnecessary resources; and would save both the Plaintiffs and the Defendant from suffering the burden of litigating similar actions in two jurisdictions; and

WHEREAS, waiting for a determination by the Panel will not prejudice the Parties, will further the interests of judicial economy, and would eliminate the risk of inconsistent decisions;

NOW, THEREFORE, it is stipulated by the parties and determined and ORDERED by this Court that:

1. This action shall be stayed until the determination by the Panel as to whether to transfer the case to the MDL Court; and

2. Upon the determination of the Panel, this action shall proceed in accordance with the Panel's determination.

Case 1:05-cv-11520-EFH   Document 13   Filed 12/02/2005   Page 3 of 4

Dated:  December 1, 2005

Attorney for the Defendant:

        DICKSTEIN SHAPIRO MORIN &
        OSHINSKY LLP

        By:    /s/ Leslie R. Cohen
               Leslie R. Cohen (BBO# 432380)
               Dickstein Shapiro Morin & Oshinsky LLP
               2101 L Street NW
               Washington, DC 20037-1526
               Tel: (202) 785-9700
               Fax: (202) 887-0689

Attorney for all Plaintiffs:

        GOODWIN PROCTER LLP

        By:    /s/ Anita B. Bapooji
               Anita B. Bapooji (BBO# 644657)
               Goodwin | Procter LLP
               Exchange Place
               53 State Street
               Boston, MA  02109
               (617) 570-1000
               (617) 523-1231 (fax)

Attorney for MFS Series Trust II,
on behalf of its series MFS Emerging
Growth Fund, and Massachusetts
Investors Trust

        ROPES & GRAY LLP

        By:    /s/ Jane Willis
               Jane Willis (BBO# 568024)
               Carisa Klemeyer (BBO# 655045)
               Ropes & Gray LLP
               One International Place
               Boston, MA 02110
               (617) 951-7603 (phone)
               (617) 951-7050 (fax)

4

SO ORDERED

_____
JUDGE

Dated: December 2, 2005

*Writer's Direct Dial: (212) 896-3710*
*E-Mail Address: SorkinI@dsmo.com*

November 30, 2005

**BY FEDEX**

Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Room G 255, North Lobby
Thurgood Marshall Federal Judiciary Building
One Columbus Circle N.E.
Washington, DC  20002-8004

     Re:    In re Mutual Funds Investment Litigation, MDL No. 1586

Dear Mr. Beck:

     We represent Kaplan & Co. Securities, Inc. ("Kaplan"), who is a defendant in the above-referenced multi-district litigation.  Pursuant to Panel Rule 7.5(e), Kaplan hereby notifies the Panel of a tag-along action filed by MFS Fund Distributors, Inc., MFS Series Trust II, on behalf of its series MFS Emerging Growth Fund, Massachusetts Investors Trust, and Massachusetts Financial Services Company (collectively "MFS") against Kaplan in the United States District Court for the District of Massachusetts, Civil Action No. 05-11520 EFH (the "Massachusetts litigation").  The Massachusetts litigation was commenced on July 19, 2005.

     The Massachusetts litigation involves purported causes of action relating to market timing and/or late trading in the mutual fund industry, and arises out of some of the same factual allegations and underlying transactions as those asserted in In Re Mutual Funds Investment Litigation, MDL No. 1586, Civil No. 04-MD-15863 and in other actions transferred to MDL No. 1586.  As such, the Massachusetts litigation is a tag-along action to MDL No. 1586 and we respectfully request that it be transferred to the District of Maryland where MDL No. 1586 is pending.  The operative complaint and the docket report for the Massachusetts litigation are attached as Exhibit A and Exhibit B respectively.  Both parties to the Massachusetts litigation, MFS and Kaplan & Co. Securities, Inc., are defendants in MDL No. 1586.

*2101 L Street NW • Washington, DC 20037-1526 • Tel (202) 785-9700 • Fax (202) 887-0689*
*10866 Wilshire Boulevard • Suite 300 • Los Angeles, CA 90024-4350 • Tel  (310) 441-8460 • Fax (310) 441-8470*

Mr. Michael Beck
November 30, 2005
Page 2

      Thank you for your time and consideration. If you have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                Ira Lee Sorkin

ILS/nc

Enclosures